1  Ahren A. Tiller, Esq. [SBN: 250608]
   BLC Law Center, APC
2  1230 Columbia St., Ste 1100
   San Diego, CA 92101
3  Phone (619) 894-8831
   Facsimile: (866) 444-7026
4
   Attorneys for Plaintiff
5  AMY GREEN

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 |                                  | Case No.: 3:25-cv-01416-AJB-MSB
13 |                                  |
14 | AMY GREEN,                       | **NOTICE OF SETTLEMENT**
15 |     Plaintiff,                   |
16 |     vs.                          |
17 |                                  |
18 | ALLIANCEONE RECEIVABLES          |
   | MANAGEMENT, INC.                 |
19 |                                  |
20 |     Defendant(s),                | Hon. Anthony J. Battaglia
21 |                                  |

22 TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR
23 RESPECIVE COUNSEL OF RECORD:
24      PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),
25 Plaintiff AMY GREEN ("Plaintiff") and ALLIANCEONE RECEIVABLES
26 MANAGEMENT, INC., ("Defendant") have agreed to terms to settle claims herein,
27 subject to the full execution of a confidential agreement.
28      Plaintiff intends to file a request for dismissal with prejudice as to all

- 1 -
*Notice of Settlement*

Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: June 27, 2025,               By:    *s/ Ahren A. Tiller*
                                           ahren.tiller@blc-sd.com

                                           Ahren A. Tiller
                                           BLC Law Center, APC
                                           Attorneys for Plaintiff