Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
AMY GREEN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GREEN,<br><br>              Plaintiff,<br><br>     vs.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.<br><br>              Defendant(s), | Case No.: 3:25-cv-01416-AJB-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Anthony J. Battaglia |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AMY GREEN ("Plaintiff") hereby voluntarily dismisses all claims against Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC., and this

1  entire action, with prejudice.

2  In support of said dismissal, Plaintiff avers as follows:

3  On June 4, 2025, Plaintiff filed the operative Complaint (ECF 1).

4  As of the date of this Notice, Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC., has not filed an answer nor a motion for summary judgment, nor a counterclaim.

7  On June 27, 2025, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's herein, subject to the execution of a confidential agreement (ECF 4). The Parties have since fully resolved the Matter.

10 WHEREAS, Plaintiff now seeks to have all claims against Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC., and this Entire Action, dismissed with prejudice.  The parties shall each bear their own fees and costs.

Dated: July 18, 2025,        By:    s/ Ahren A. Tiller
                                    ahren.tiller@blc-sd.com

                                    Ahren A. Tiller
                                    BLC Law Center, APC
                                    Attorneys for Plaintiff